No. 80–890. LIOTTA *v.* NATIONAL FORGE Co.; and

No. 80–1115. NATIONAL FORGE Co. *v.* LIOTTA. C. A. 3d Cir. Certiorari denied. Reported below: 629 F. 2d 903.

No. 80–1101. KELCE *v.* U. S. FINANCIAL INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1261. GRUBB *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–1332. BERKOWITZ ET AL. *v.* SELZER; and

No. 80–1335. SELZER *v.* BERKOWITZ ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 629 F. 2d 809.

No. 80–1344. VIEGAS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 80–1376. CORROS, ADMINISTRATRIX *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–1385. INDUSTRIAL CONTRACTORS, INC., ET AL. *v.* CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION No. 215. C. A. 7th Cir. Certiorari denied.

No. 80–1402. PRINCIPE ET AL. *v.* McDONALD'S CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–1416. ROGERS ET AL. *v.* GORDON, U. S. DISTRICT JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1480. ROWE ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1504. SUMMITT *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.